**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL ROLAND                                                                                            PLAINTIFF

v.                                            3:13CV00150-SWW-JTK

RONNIE COLEMAN, et al.                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.  The relief sought is denied.

The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 31ST day of July, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE